# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * | * |
| **D. MICHAEL COLLINS, et al.,** | * |
|  | *  No. 04-1472L |
| **Plaintiffs,** | *  Filed: December 2, 2021 |
| v. | * |
| **UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * | * |

## O R D E R

The court is in receipt of the parties' December 2, 2021 joint stipulation of dismissal with prejudice. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2021), this court **ORDERS** that this case be **DISMISSED,** with prejudice.

**IT IS SO ORDERED.**

<u>s/Marian Blank Horn</u>
**MARIAN BLANK HORN**
**Judge**